AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whipple, Mary Ann | U.S. Bankruptcy Court, N.D. OH | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

James M. Ashley and Thomas W.L. Ashley United States Courthouse
1716 Spielbusch Avenue, Room 111
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act [See Note in Part VIII] |
| 2. | Trustee | Trust #1 [See Note in Part VIII] |
| 3. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 4. | Executive Board Secretary | University of Michigan Club of Toledo |
| 5. | Trustee | Trust # 2 [See Note in Part VIII] |
| 6. | Agent | Powers of Attorney for family members |
| 7. | Executor | Estate of deceased family member [See Note in Part VIII] |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/7/18 to 6/9/18 | Lake Geneva, WI | Workshop Speaker | workshop registration fee and materials, lodging, transportation and meals |
| 2. | Federal Bar Association, Western District of Michigan | 7/26/18 to 7/28/18 | Traverse City, MI | Seminar speaker | seminar registration fee and materials, transportation and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CD)(cash accounts) | B | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets | A | Int./Div. | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A (BMGAX) | C | Dividend | L | T | | | | | |
| 4. AB Sustainable Int'l Thematic Fund Class A (AWPAX) | | None | J | T | | | | | See Note in Part VIII |
| 5. Nuveen Enhanced AMT-Free Municipal Credit Opportunity Fund (NVG) | A | Dividend | J | T | | | | | |
| 6. Blackrock Balanced Capital Fund Class A (MDCPX) | A | Dividend | J | T | | | | | |
| 7. MFS Municipal Income Fund A (MFIAX) | A | Dividend | J | T | | | | | |
| 8. MFS Global Total Return Fund A (MFWTX) | A | Dividend | K | T | | | | | |
| 9. MainStay Large Cap Growth Fund Class A | D | Dividend | K | T | | | | | |
| 10. MainStay Mackay Common Stock Fund Class A (MSOAX) | D | Dividend | K | T | | | | | See Note in Part VIII |
| 11. MainStay Epoch US EquityYield Fund Class A (EPLPX) | B | Dividend | K | T | | | | | |
| 12. MainStayMackay Growth Fund Inv. Class (IRA) | A | Dividend | J | T | | | | | See Note in Part VIII |
| 13. Investment Company of America-A Fund Number 4 (AIVSX) | D | Dividend | L | T | | | | | |
| 14. Franklin Equity Income Fund-Class A(FISEX) | B | Dividend | K | T | | | | | |
| 15. UBS Pace Large Company Value Equity Fund Class A (PCPAX) | B | Dividend | K | T | | | | | See Note in Part VIII |
| 16. UBS Bank USA (cash account) | A | Interest | K | T | | | | | |
| 17. UBS Pace Global Fixed Income Fund Class A (PWFAX) | A | Dividend | K | T | | | | | See Note in Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. UBS U.S. Allocation Fund Class A (PWTAX) | B | Dividend | K | T | | | | | See note in Part VIII |
| 19. Columbus Life Ins. Co. Fixed Annuity | C | Interest | M | T | | | | | |
| 20. Vanguard Windsor II Fund (UGMA) | C | Dividend | K | T | | | | | See Note in Part VIII |
| 21. Washington Federal Seattle Wash (CD) (UGMA) | A | Interest | K | T | | | | | See Note in Part VIII |
| 22. U.S. Savings Bonds | | None | K | T | | | | | |
| 23. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 24. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | | None | J | T | | | | | |
| 25. PNC Bank (cash accounts) | A | Interest | K | T | Redeemed | 04/06/18 | L | | See Note in Part VIII |
| 26. | | | | | Open | 08/18/18 | J | | |
| 27. | | | | | Open | 08/18/18 | L | | |
| 28. | | | | | Closed | 10/01/18 | L | | |
| 29. Sun Federal Credit Union (cash account) | A | Interest | | | Closed | 02/02/18 | J | | |
| 30. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |
| 31. Northwestern Mutual 65 Life Policy | A | Dividend | K | T | | | | | |
| 32. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 33. New York Life Paid-up at 85 | A | Dividend | J | T | | | | | |
| 34. Washington Federal Seattle Wash (cash account)(CD) | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. The Trust Company of Toledo, N.A.(IRA Rollover) (H) | | | | | | | | | |
| 36. --Vanguard Institutional Index Fund (IRA) | D | Dividend | N | T | | | | | |
| 37. --MFS Int'l New Discovery-1 Fund (IRA) | B | Dividend | K | T | | | | | |
| 38. --Vanguard Short Term Federal Bond Fund (IRA) | B | Dividend | L | T | | | | | |
| 39. --Northern Institutional Prime Obligations Portfolio (IRA) | B | Interest | M | T | | | | | |
| 40. --Vanguard Intermediate Term Bond Index (IRA) | C | Dividend | L | T | | | | | |
| 41. --Harbor International Fund (IRA) | E | Dividend | L | T | | | | | |
| 42. --Harbor Bond Fund (IRA) | A | Dividend | K | T | | | | | |
| 43. --Fidelity Contrafund (IRA) | D | Dividend | M | T | | | | | |
| 44. --Sterling Capital Stratton Small-Cap Value Fund (IRA) | C | Dividend | L | T | | | | | |
| 45. --Dodge & Cox (IRA) | D | Dividend | L | T | | | | | |
| 46. --Vanguard Dividend Growth-1 (IRA) | D | Dividend | L | T | | | | | |
| 47. --Invesco Int'l Growth (IRA) | C | Dividend | K | T | | | | | |
| 48. Trust #1 (H) | | | | | | | | | See Note in Part VIII |
| 49. --Massachusetts Mutual Permanent Life Policy | D | Dividend | | | Distributed | 10/22/18 | N | | |
| 50. --Massachusetts Mutual Settlement Option Contract Account | C | Interest | N | T | Open | 10/22/18 | N | | |
| 51. --Northwestern Mutual Whole Life Policy | C | Int./Div. | | | Distributed | 10/30/18 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Columbus Life Insurance Policy (whole life) | C | Int./Div. | | | Distributed | 11/14/18 | K | | |
| 53. --PNC Bank (cash account) | A | Interest | J | T | Open | 11/20/18 | J | | |
| 54. --Edward Jones Money Market Fund X | A | Dividend | J | T | Buy | 11/14/18 | M | | |
| 55. | | | | | Buy | 12/06/18 | K | | |
| 56. | | | | | Sold (part) | 12/10/18 | M | | |
| 57. | | | | | Sold (part) | 12/12/18 | J | | |
| 58. --AT&T Inc (T) X | | None | J | T | Buy | 12/10/18 | J | | |
| 59. --Abbvie Incorporated (ABBV) T | | None | J | T | Buy | 12/10/18 | J | | |
| 60. --Blackrock National Municipal Fund Cl K (BNMLX) X | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 61. --Blackrock Strategic Municipal Oportunities Fund Cl K (MKMTX) X | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 62. --Broadcom Inc (AVGO) X | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 63. --CVS Health Corporation 9CVS) X | | None | J | T | Buy | 12/10/18 | J | | |
| 64. --Columbia Strategic Municipal Income Fund Cl 13 (CATYX) X | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 65. --Dominion Energy Inc. (D) X | | None | J | T | Buy | 12/10/18 | J | | |
| 66. --Enbridge Inc (ENB) X | | None | J | T | Buy | 12/10/18 | J | | |
| 67. --First Trust Capital Strength ETF (FTCS) X | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 68. --First Trust Value Line Dividend Index Fund (FVD) X | A | Dividend | J | T | Buy | 12/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --General Motors Company (GM) X | | None | J | T | Buy | 12/10/18 | J | | |
| 70. --Kraft Heinz Co. (KHC) X | | None | J | T | Buy | 12/10/18 | J | | |
| 71. --MFS Growth Fund Cl R6 (MFEKX) X | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 72. --MFS Int'l Diversification Fund Cl R6 (MDIZX) X | B | Dividend | K | T | Buy | 12/10/18 | K | | |
| 73. --Microsoft Corp (MSFT) X | | None | J | T | Buy | 12/10/18 | J | | |
| 74. --Nutrien Limited (NTR) X | | None | J | T | Buy | 12/10/18 | J | | |
| 75. --Royal Dutch Shell PLC ADR Repstg A Shares RDS A X | | None | J | T | Buy | 12/10/18 | J | | |
| 76. --American SMALLCAP World Fund Cl F3 (SFCWX) X | A | Dividend | J | T | Buy | 12/10/18 | J | | |
| 77. --American Tax-Exempt Bond Fund of America Cl F3 (TFEBX) X | | None | K | T | Buy | 12/10/18 | K | | |
| 78. --United Parcel Service Inc Cl B (UPS) X | | None | J | T | Buy | 12/10/18 | J | | |
| 79. --Wells Fargo & Co (WFC) X | | None | J | T | Buy | 12/10/18 | J | | |
| 80. --Welltower Inc REIT (WELL) X | | None | J | T | Buy | 12/10/18 | J | | |
| 81. The Huntington Investment Co. (H) | | | | | | | | | |
| 82. --American Funds: Capital World Growth & Income Fund A (CWGIX) | A | Dividend | J | T | | | | | |
| 83. --American Funds: Washington Mutual Investors Fund Class A (AWSHX) | B | Dividend | K | T | | | | | |
| 84. --American Funds: High Income Municipal Bond Fund Class A (AMHIX) | A | Dividend | J | T | | | | | |
| 85. --American Funds: Tax Exempt Bond Fund of America A (AFTEX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #2 (H) | | | | | | | | | See Note in Part VIII |
| 87. --Andersons Inc 5,10 & 15 YR Debentures | A | Interest | J | T | | | | | |
| 88. --Washington Federal Bank (CD) | A | Interest | L | T | | | | | |
| 89. --Fifth Third Bank (cash accounts) X | A | Interest | M | T | Open | 8/20/18 | M | | |
| 90. --Key Bank Variable Rate Deposit Account (Cash) X | A | Interest | | | Closed | 09/17/18 | K | | |
| 91. --Federated Gov Obl Tax-MNG Auto X | A | Interest | K | T | Buy | 09/17/18 | K | | |
| 92. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 93. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 94. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 95. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 96. --GNMA GTD Remic Pass thru Secs 2008-36 X | A | Interest | J | T | | | | | |
| 97. --FNMA GTD Remic Pass Thru TR Remic TR 2007-76 CL-EB X | A | Interest | J | T | | | | | |
| 98. --Clorox Co CLX X | B | Dividend | K | T | | | | | |
| 99. --Welltower Inc WELL X | A | Dividend | J | T | | | | | |
| 100. --Franklin Rising Dividends Fund Class A FRDPX X | A | Dividend | K | T | | | | | |
| 101. --Franklin Rising Dividends Fund Class C FRD TX X | A | Dividend | L | T | | | | | |
| 102. --PIMCO Income Strategy Fund II PFN X | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --VOYA Corporate Leaders 100 Fund Class C ICCLX X | A | Dividend | J | T | | | | | |
| 104. -FT Unit 6164 Dividend Equity Port Series 26 X | A | Dividend | | | Redeemed | 08/22/18 | K | | |
| 105. --FT Unit 6964 Deep Value Dividend Opportunity Portfolio Series 2 X | B | Dividend | L | T | | | | | |
| 106. --FT Unit 7181 Global Bond Income Closed End Portfolio Series 28 X | C | Dividend | K | T | | | | | |
| 107. --Edward Jones Money Market Account X | A | Dividend | K | T | | | | | |
| 108. --Harbor Real Return Bond Fund I X | A | Dividend | | | | | | | |
| 109. | | | | | Sold | 12/11/18 | K | | |
| 110. --Harbor Bond Fund I X | B | Dividend | | | | | | | |
| 111. | | | | | Sold | 12/11/18 | L | | |
| 112. --Comerica Inc. (CMA) X | C | Dividend | K | T | | | | | |
| 113. | | | | | Sold (part) | 12/12/18 | M | | |
| 114. | | | | | Sold (part) | 12/12/18 | K | | |
| 115. --Franklin OH Tax Free Income C X | A | Dividend | | | | | | | |
| 116. | | | | | Sold | 12/12/18 | K | | |
| 117. --Invesco High Yield Municiapl High Inceom A X | A | Dividend | | | | | | | |
| 118. --MFS Moderate Allocation Fund A X | A | Dividend | | | | | | | |
| 119. | | | | | Sold | 12/12/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --MFS Municipal High Income Fund A X | A | Dividend | | | | | | | |
| 121. | | | | | Sold | 12/12/18 | K | | |
| 122. --MFS Municipal Income A X | B | Dividend | | | | | | | |
| 123. | | | | | Sold | 12/12/18 | K | | |
| 124. --Blackrock National Municipal Fund Cl K X | | None | K | T | Buy | 12/12/18 | K | | |
| 125. --Blackrock Strategic Municiapl Opportunity Fund CL K X | | None | K | T | Buy | 12/12/18 | K | | |
| 126. --Bristol-Meyers Squibb Co. (BMY) X | | None | J | T | Buy | 12/12/18 | J | | |
| 127. --Columbia Strategic Municipal Income Fund Cl K (CATYX) X | | None | K | T | Buy | 12/12/18 | K | | |
| 128. --Walt Disney Co.(DIS) X | | None | J | T | Buy | 12/12/18 | J | | |
| 129. --Fed Ex Corp. (FDX) X | | None | J | T | Buy | 12/12/18 | J | | |
| 130. --First Trust Capital Strength ETF (FTCS)X | | None | K | T | Buy | 12/12/18 | K | | |
| 131. -First Trust Value Line Dividend Index Fund (FVD) X | | None | K | T | Buy | 12/12/18 | J | | |
| 132. --Marathon Petroleum Corp. (MPC) X | | None | J | T | Buy | 12/12/18 | J | | |
| 133. --MFS Growth Fund Class R6 (MFEKX) X | | None | K | T | Buy | 12/12/18 | K | | |
| 134. --Medtronic PLC (MDT) X | | None | J | T | Buy | 12/12/18 | J | | |
| 135. --MFS International Diversification Fund Class R6 (MDIZX) X | | None | L | T | Buy | 12/12/18 | L | | |
| 136. --McDonalds Corp. (MCD) X | | None | J | T | Buy | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Microsoft Corp. (MSFT) X | | None | J | T | Buy | 12/12/18 | J | | |
| 138. --Procter & Gamble Co. (PG) X | | None | J | T | Buy | 12/12/18 | J | | |
| 139. --American SMALLCAP World Fund Class F3 (SFCWX) X | | None | K | T | Buy | 12/12/18 | K | | |
| 140. --American Tax-Exempt Bond Fund of America Class F3 (TFEBX) X | | None | K | T | Buy | 12/12/18 | K | | |
| 141. --Visa Inc. Class A (V) X | | None | J | T | Buy | 12/12/18 | J | | |
| 142. --Blackrock National Strategic Municipal Opp. Fund Class K (MKMTX) X | | None | K | T | Buy | 12/12/18 | K | | |
| 143. --Berea OH City School Dist COPS 10/1/2019 X | A | Interest | K | T | | | | | |
| 144. --American Municipal Power OH Inc. Rev B 2/15/2022 X | A | Interest | J | T | | | | | |
| 145. --Greene County OH Hosp Kettering 4/1/2027 X | A | Interest | J | T | | | | | |
| 146. --Montgomery County OH Rev Rfdg A 12/1/2033 X | A | Interest | K | T | | | | | |
| 147. --Montgomery County OH Transn Rev 4.5% 12/1/2033 X | A | Interest | | | | | | | |
| 148. --Goshen Local Sch Dist OH Transn Rev 12/15/2034 X | A | Interest | K | T | | | | | |
| 149. --Cleveland OH St. Univ Gen Rec 6/1/2037 X | A | Interest | K | T | | | | | |
| 150. --OH St Hosp Rev Univ Hosps Hlth 1/15/2039 X | A | Interest | J | T | | | | | |
| 151. --American Municipal Power OH Inc. Rev B 2/15/2042 X | | None | J | T | | | | | |
| 152. --SC St Pub Svc Auth Rev Rfdg A 12/1/2049 X | A | Interest | J | T | | | | | |
| 153. --Lucas County OH Hosp Rev Series D 11/15/38 | A | Interest | | | Redeemed | 11/15/18 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I [Line 1] and VII [Lines 20 and 21] Note: The Minor reached the age of majority under the Ohio UGMA statute in 2014. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 21] and the Vanguard Windsor II Fund reported at Part VII [Line 20] were both still maintained in my name as custodian and in my nominal custody at December 31, 2018.

Parts I [Line 2] and VII [Lines 48-80] Note: Trust #1 is a life insurance trust for a family member of which I am the trustee. Trust #1 and the three whole life insurance policies held by Trust #1 have been previously reported. The beneficiaries are all family members. The insured family member died on July 22, 2018, as a result of which the policies were distributed during 2018 and other assets acquired as are reported. I am also a beneficiary of the trust but did not receive any income from it during the reporting period. I am not being compensated for my services as trustee.

Parts I [Line 5] and VII [Lines 86-149] Note: Trust #2 is a trust that became irrevocable under the trust agreement upon a family member's death (trustee and settlor) in July 2018. The beneficiaries are all family members. I was the successor trustee and became trustee upon the family member's death. I became responsible for the assets in the trust on July 22, 2018, the date upon which the family member died. The assets held in the trust at the date of death and subsequent transactions are reported in Part VII [Lines 86-149]. I am also a beneficiary of the trust but did not receive any income from it during the reporting period. I am not being compensated for my services as trustee.

Part I [Line 7] Note: I am the executor for the estate of a family member who died on July 22, 2018. The decedent's will was filed without probate. There are presently no reportable assets in the estate. I am not being compensated for my services as executor.

Part VII [Line 1] Note: The Huntington National Bank IRA reported at Part VII [Line 1] is invested in a Huntington National Bank CD.

Part VII [Line 4] Note: The AB Sustainable International Thematic Fund Class A was formerly known and reported as the AB International Growth Fund Class A. The fund name was changed effective January 8, 2018.

Part VII [Line 10]. Note: The MainStay Mackay Common Stock Fund Class A was formerly known and reported as the MainStay Common Stock Fund Class A. The fund name was changed effective February 28, 2018.

Part VII [Line 12]. Note: The MainStay Mackay Growth Fund Investor Class was formerly known and reported as the MainStay Cornerstone Growth Fund Investor Class. The fund name was changed effective February 28, 2018.

Part VII [Lines 15, 17 and 18] Note: The three reported UBS mutual fund holdings were previously Class C shares. At the close of business on October 15, 2018, the Class C shares were all automatically converted to Class A shares.

Part VII [Lines 25-28] Note: As previously reported, I had PNC Bank accounts. A CD I held at PNC Bank matured and was redeemed as reported, however, I still maintained another cash account at that time. Effective August 18, 2018, after the death of a family member on July 22, 2018, I was added as an account holder to two existing PNC accounts of another family member. Effective October 1, 2018, I was removed as an account holder from one of the two family member accounts.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Whipple, Mary Ann | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ann Whipple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544